**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**MATTHEW RODGERS**                                     **PLAINTIFF**

**v.**                               **CIVIL ACTION NO. 3:17CV-70-GNS**

**SOUTHERN HEALTH PARTNERS** *et al.*                   **DEFENDANTS**

### <u>MEMORANDUM OPINION</u>

Plaintiff Matthew Rodgers filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (DN 1) on February 3, 2017, while incarcerated at the Hardin County Detention Center. On May 11, 2017, Plaintiff notified the Court of a change of his address that indicates he is no longer incarcerated. By Memorandum Opinion and Order entered June 5, 2017 (DN 9), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed all of the Defendants and the claims against them. However, the Court allowed Plaintiff 30 days to amend his complaint to name the specific individuals responsible for allegedly denying Plaintiff his prescribed medication. The Court warned Plaintiff that his failure to file an amended complaint within 30 days from entry of the Memorandum Opinion and Order would result in the entry of a final Order dismissing the entire action for the reasons stated therein.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint or otherwise responded to the Court's Memorandum Opinion and Order. Therefore, the Court will enter a separate Order dismissing this action.

Date: August 14, 2017

**Greg N. Stivers, Judge**
**United States District Court**

cc:      Plaintiff, *pro se*
4416.003